**Clear Form**

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Cindy and Myron Phan, et al. (See attached sheet)

Location of Plaintiff(s)/Petitioner(s) (city/state): Houston, Texas

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Anthony Buzbee

Firm Name: The Buzbee Law Firm

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:

Street Address: 600 Travis Street, Suite 7300

City-State-ZIP: Houston, Texas 77002

Telephone & Facsimile Numbers: 713-223-5393 & 713-223-5909

E-mail Address: tbuzbee@txattorneys.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ● Yes   ○ No

Nature of Suit Code: 509
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: ARM/VAR

Number of Claims Involved: 5

Amount Claimed: $ Over $50,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $

Is plaintiff a small business?   ○ Yes   ○ No

Was this action preceded by the filing of a protest before the GAO?   ○ Yes   ○ No

If yes, was a decision on the merits rendered?   ○ Yes   ○ No

Income Tax (Partnership) Case:
Identify partnership or partnership group:

Takings Case:
Specify Location of Property (city/state): Houston, Texas

Vaccine Case:
Date of Vaccination:

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.   ● Yes   ○ No

Cindy and Myron Phan, Melinda Gronauer, Kyle Haines, and Memorial Drive Townhome Condominium Association.